**Opinion issued April 17, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00394-CV

_____

## IN RE LATONYA SHAND AND RENFORD D. BALFOUR, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

On April 16, 2026, Relators Latonya Shand and Renford D. Balfour filed a petition for writ of mandamus requesting that this Court compel the district court to rule on their "Combined Motion for New Trial, Stay of Judgment and Waiver of Bond," which Relators purport was filed on March 27, 2026 and heard by the district

court at a hearing held on April 14, 2026.[1] Relators' mandamus petition further requests that this Court grant an emergency stay of "all execution and foreclosure proceedings in the underlying case."

We deny the petition for writ of mandamus. All pending motions and requests for relief related to the petition, including Relators' request for an emergency stay, are denied.

**PER CURIAM**

Panel consists of Justices Gunn, Caughey, and Morgan.

---

[1] The underlying case is *Windstone Colony Community Association, Inc. v. Latonya Shand and Renford D. Balfour*, cause number 2024-75760, pending in the 127th District Court of Harris County, Texas, the Honorable Denise Brown presiding.